# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JEEISSO DEMIAN VILCA YATACO,

Petitioner,

v.

WARDEN, ADELANTO DETENTION FACILITY, et al.,

Respondents.

No. 5:25-cv-03229-JAK (MBK)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

1

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation ("Report") of the United States Magistrate Judge. Respondents have not filed any written objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

1.  Judgment be entered granting the petition for writ of habeas corpus;
2.  Petitioner shall be released forthwith. Petitioner may not be re-detained absent a hearing before an Immigration Judge ("IJ"), at which the IJ must find that Petitioner's detention is justified by clear and convincing evidence; and
3.  The action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  January 16, 2026

_____

John A. Kronstadt

United States District Judge

2