## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JEEISSO DEMIAN VILCA YATACO,

        Petitioner,

v.

WARDEN, ADELANTO DETENTION FACILITY, et al.,

        Respondents.

No. 5:25-cv-03229-JAK (MBK)

**JUDGMENT**

**JS: 6**

1

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  January 16, 2026

_____

John A. Kronstadt

United States District Judge

2